IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROXANNE MORAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:07-cv-1223 |
| | ) |
| NOVARTIS PHARMACEUTICALS | ) Judge Thomas A. Wiseman, Jr. |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### ORDER of FINAL JUDGMENT

Plaintiff Roxanne Moray brings this action against defendant Novartis Pharmaceuticals Corporation ("Novartis"), alleging claims of (1) retaliatory discharge under both Tennessee common law and the Tennessee Public Protection Act, Tenn. Code Ann. § 50-1-304; (2) negligent and/or intentional misrepresentation; and (3) outrageous conduct.[1]  This Court's jurisdiction is premised upon diversity of citizenship.  28 U.S.C. § 1332.

Now before the Court is defendant Novartis' Motion for Summary Judgment (Doc. No. 21) asserting it is entitled to judgment in its favor as a matter of law as to all claims asserted against it.  The motion has been fully briefed and is ripe for consideration.  For the reasons explained in the accompanying Memorandum Opinion, the Court finds Novartis' arguments to be meritorious.

Accordingly, the Motion for Summary Judgment is **GRANTED**, thus disposing of all claims asserted in the Complaint.  Judgment is hereby entered in favor of the defendant and this matter is **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] In July, 2008 Plaintiff stipulated to the dismissal of her claims for sex discrimination and defamation.  (See Doc. Nos. 19 and 20.)